# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 77 |
| | : | |
| APPOINTMENTS TO THE | : | CLIENT SECURITY APPOINTMENT |
| PENNSYLVANIA LAWYERS FUND FOR | : | DOCKET |
| CLIENT SECURITY BOARD | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 11th day of February, 2021, Daniel W. Coleman, Esquire, Philadelphia, and Arthur H. Stroyd, Jr., Esquire, Allegheny County, are hereby appointed as members of the Pennsylvania Lawyers Fund for Client Security Board for a term of three years, commencing April 1, 2021.